No. D–2292. IN RE DISCIPLINE OF ALTSCHULER. Milo J. Altschuler, of Seymour, Conn., is suspended from the practice of law

in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.